UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Adam H. Nagle

    v.                                              Civil No. 08-cv-432-SM

FNU Jorgenson

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $Plaintiff's prison account does not show any funds for an initial payment. 20% of each preceding month's income credited to plaintiff's account is to be remitted by the NH State Prison for Men when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: October 23, 2008

cc:    Adam H. Nagle
        Bonnie S. Reed, Financial Administrator
        NH State Prison for Men, Inmate Accounts