UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Adam H. Nagle

    v.                                              Civil No. 08-cv-432-SM

Jorgenson, et al.

**O R D E R**

Pro se plaintiff Adam H. Nagle has filed a complaint, pursuant to 42 U.S.C. § 1983, alleging that defendants have violated his rights under the First and Eighth Amendments to the United States Constitution and New Hampshire law (document no. 1). Seeking injunctive and monetary relief, he brings this action against six employees of the New Hampshire State Prison ("NHSP"): Warden Richard M. Gerry; corrections officer Jorgenson (first name unknown); and four unnamed corrections officers. In addition, I liberally construe the complaint to name as a defendant William L. Wrenn, Commissioner of the New Hampshire Department of Corrections ("NHDOC"). The complaint is before me for preliminary review to determine whether, among other things, it states a claim upon which relief might be granted. See 28

U.S.C. § 1915A; United States District Court for the District of New Hampshire Local Rule ("LR") 4.3(d)(2).

For the reasons stated in the report and recommendation issued simultaneously herewith, I find that Nagle has stated the following claims against Gerry, Jorgenson and the four unnamed corrections officers in their individual capacities: (1) Eighth Amendment claims alleging use of excessive force; (2) First Amendment retaliation claims alleging denial of the right to petition the government for redress of grievances; (3) and related state law claims alleging intentional infliction of emotional distress.  I recommend dismissal of all remaining claims.

My review of the file indicates that Nagle has completed a single summons form for Jorgenson.  Nagle must submit a separate summons form for each defendant he seeks to name in this action. The Clerk's office is directed to forward the appropriate forms to Nagle, who must return the completed forms within thirty days of the date of this order.

Upon receipt of the completed summons forms, and immediately for the completed summons form already in the court's file, the

Clerk's Office is directed to serve the New Hampshire Office of the Attorney General (AG), as provided in the Agreement On Acceptance Of Service, copies of this order, the report and recommendation and the complaint (document no. 1). See LR 4.3(d)(2)(C). Within thirty days from receipt of these materials, the AG will submit to the court an Acceptance of Service notice specifying those defendants who have authorized the AG's office to receive service on their behalf. When the Acceptance of Service is filed, service will be deemed made on the last day of the thirty-day period.

As to those defendants who do not authorize the AG's office to receive service on their behalf or whom the AG declines to represent, the AG shall, within thirty days from receipt of the aforementioned materials, provide a separate list of the last known addresses of such defendants. The Clerk's Office is instructed to complete service on these individuals by sending to them, by certified mail, return receipt requested, copies of these same documents.

Defendants are instructed to answer or otherwise plead within twenty days of acceptance of service. See Fed. R. Civ. P.

12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendants by delivering or mailing the materials to them or their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 18, 2008

cc:   Adam H. Nagle, pro se