UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Adam Nagle</u>

        v.                Case No. 08-cv-432-SM

<u>Richard M. Gerry, Warden,</u>
<u>New Hampshire State Prison, et al.</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge James Muirhead dated February 17, 2009, no objection having been filed , for the reasons set forth therein. Plaintiff's Motion for Preliminary Injunction (document no. 8) is hereby denied.

SO ORDERED.

March   13,   2009                  _____
                                            Steven J. McAuliffe
                                            Chief Judge

cc:    Adam H. Nagle, pro se
        Deborah Weissbard, Esq.